UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7419 DDP (FFM) | Date | October 27, 2015 |
|---|---|---|---|
| Title | CALVIN MCGRAW, III v. J. SOTO, WARDEN, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: | |
| None Present | None Present | |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 20, 2015, this Court issued an order granting petitioner's request to hold this action in abeyance. The Court also ordered petitioner to file a status report every 90 days after petitioner's state petition had been filed. Petitioner's status report was due September 9, 2015. However, petitioner has not filed a status report. Accordingly, petitioner is ordered to show cause within 21 days of the date of this order why the stay should not be lifted. A status report filed prior to the expiration of 21 days hereof will satisfy the order to show cause.

IT IS SO ORDERED.

:
Initials of Preparer        JM