UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | |
|---|---|
| CALVIN MCGRAW, III,<br><br>    Petitioner,<br><br>v.<br><br>J. SOTO, Warden, et al.,<br><br>    Respondent. | No. CV 14-7419 DDP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Petitioner's motion to stay unexhausted claims is DENIED.

DATED: 7-8-16

/s/ Dean D. Pregerson
DEAN D. PREGERSON
United States District Judge